**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

   **vs.**                             **CRIMINAL NO. 08-CR-30170-DRH**

**MARK CLARKE, and**
**DAVID CLARKE,**

       **Defendants.**

## <u>ORDER</u>

On Motion of the United States of America (Doc. 555), and for good cause shown, Defendants Mark Clarke and David Clarke are dismissed from the Third Superseding Indictment without prejudice and their subsequent arrest warrants shall be quashed.

       **SO ORDERED**.

Digitally signed by
David R. Herndon
Date: 2012.04.10
10:29:17 -05'00'

**Chief Judge**
**United States District Court**

**Dated: April 10, 2012**